JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392       Fax: (510) 238-6500
25016/378293

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDA HENRY, et al., | Case No. C-06-02995-CRB |
| Plaintiffs, | [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the Case Management Conference in the above related matters, currently set for Friday, August 4, 2006 at 8:30 a.m., is continued to Friday, October 6, 2006 at 8:30 a.m. in United States District Court, Courtroom 8, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement by September 26, 2006.

DATED: July 26, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer