JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
(510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDA HENRY; JERMAINE HENRY; ERIC WIMBERLY; D. S., a minor, by and through her guardian ad litem, EDA HENRY; and, J. H., a minor, by and through his guardian ad litem, EDA HENRY, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for CITY OF OAKLAND; CITY OF PLEASANT HILL, a governmental entity; DAVID LIVINGSTONE, in his capacity as Chief of Police for CITY OF PLEASANT HILL; and, DOES 1-50, inclusive, <br><br>Defendants. | No. C-06-02995-CRB <br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RICHARD WORD |

STIPULATION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

That plaintiff dismisses defendant RICHARD WORD from this action with prejudice.

LAW OFFICES OF JOHN L. BURRIS

Dated: 7/24/06     By: /s/ John L. Burris
                       JOHN L. BURRIS, Esq.
                       Attorneys for Plaintiffs

LAW OFFICES OF GAYLA B. LIBET

Dated: 7-21-06    By: /s/ Gayla B. Libet
                       GAYLA B. LIBET, Esq.
                       Attorneys for Plaintiffs

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 7/27/06    By: /s/ Arlene M. Rosen
                       ARLENE M. ROSEN, Esq.
                       Attorneys for Defendant, CITY OF OAKLAND

McNAMARA, DODGE, NEY, BEATTY, SLATTERY
PFALZER, BORGES & BROTHERS LLP

Dated: 7-24-06    By: /s/ for James V. Fitzgerald, III
                       JAMES V. FITZGERALD, III, Esq.
                       Attorneys for Defendant, CITY OF PLEASANT HILL

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 31, 2006                HONORABLE CHARLES R. BREYER
                                    United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RICH

IT IS SO ORDERED
Judge Charles R. Breyer