# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 31, 2006



HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT