JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone: (510) 420-0324
Facsimile: (510) 420-0324
Email: glibet@sbcglobal.net

Attorneys for Plaintiffs
EDA HENRY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDA HENRY; JERMAINE HENRY; ERIC WIMBERLY; D. S., a minor, by and through her guardian ad litem, EDA HENRY; and, J. H., a minor, by and through his guardian ad litem, EDA HENRY,

    Plaintiffs,

vs.

CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; CITY OF PLEASANT HILL, a governmental entity; DAVID LIVINGSTONE, in his capacity as Chief of Police for CITY OF PLEASANT HILL; and, DOES 1-50, inclusive,

    Defendants.
_____/

No. C-06-02995-CRB

STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING FURTHER CASE CONFERENCE

The parties, by and through their respective counsel, hereby Stipulate and agree as follows:

1. That the Further Case Management Conference in this action be rescheduled from March 16, 2007 to April 20, 2007 at 8:30 a.m., so that plaintiffs have sufficient time to take four Pleasant Hill officers' depositions and one Oakland officer's deposition; then decide whether or not to dismiss City of Oakland defendants; be able to submit a Second Amended Complaint naming the relevant officers as defendants in substitution for DOE defendants; and so the parties can resolve discovery issues and serve further responses and documents; and,

2. That the date on which the Joint Further Case Management Conference Statement will be due is rescheduled to April 13, 2007.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: February 27, 2007      By: /s/ Gayla B. Libet
                                   GAYLA B. LIBET, Esq.
                                   Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated: February 27, 2007      By: /s/ John L. Burris
                                   JOHN L. BURRIS, Esq.
                                   Attorneys for Plaintiffs

OFFICE OF OAKLAND CITY ATTORNEY

Dated: February 27, 2007      By: /s/ Arlene M. Rosen

                                   ARLENE M. ROSEN, Esq.
                                   Attorneys for Defendants CITY OF OAKLAND
                                   and WAYNE TUCKER

McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS
LLP

Dated: February 27, 2007     By: /s/ Noah G. Blechman
                                 NOAH G. BLECHMAN, Esq.
                                 Attorneys for Defendants, CITY OF PLEASANT
                                 HILL and DAVID LIVINGSTONE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Feb 28, 2007     _____

HONORABLE
United States Dis

