JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone: (510) 420-0324
Facsimile:  (510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDA HENRY; JERMAINE HENRY; ERIC WIMBERLY; D. S., a minor, by and through her guardian ad litem, EDA HENRY; and, J. H., a minor, by and through his guardian ad litem, EDA HENRY,

Plaintiffs,

vs.

CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; CITY OF PLEASANT HILL, a governmental entity; DAVID LIVINGSTONE, in his capacity as Chief of Police for CITY OF PLEASANT HILL; and, DOES 1-50, inclusive,

Defendants.

No. C-06-02995-CRB

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CITY OF OAKLAND; WAYNE TUCKER; DOES 1-10; AND, DOES 26-35, INCLUSIVE

## STIPULATION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

That plaintiffs dismiss defendants CITY OF OAKLAND; WAYNE TUCKER; DOES 1-10; and, DOES 26-35 from this action with prejudice.

```
                                    LAW OFFICES OF JOHN L. BURRIS


Dated: 4-24-07              By: /s/ John L. Burris
                                    JOHN L. BURRIS, Esq.
                                    Attorneys for Plaintiffs

                                    LAW OFFICES OF GAYLA B. LIBET


Dated: 4-24-07              By: /s/ Gayla B. Libet
                                    GAYLA B. LIBET, Esq.
                                    Attorneys for Plaintiffs

                                    OFFICE OF OAKLAND CITY ATTORNEY


Dated: _____          By: _____
                                    ARLENE M. ROSEN, Esq.
                                    Attorneys for Defendants CITY OF OAKLAND;
                                    WAYNE TUCKER; DOES 1-10; and,
                                    DOES 26-35, inclusive

                                    McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                    PFALZER, BORGES & BROTHERS LLP


Dated: _____          By: _____
                                    JAMES V. FITZGERALD, III, Esq.
                                    NOAH BLECHMAN, Esq.
                                    Attorneys for Defendants CITY OF PLEASANT HILL;
                                    DAVID LIVINGSTONE; DOES 11-25; and,
                                    DOES 36-50, inclusive
```

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2007                _____
                                    HONORABLE CHARLES R. BREYER
                                    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CITY OF OAKLAND, WAYNE TUCKER; DOES 1-10, AND, DOES 26-35, INCLUSIVE                                   2